# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MERCER,<br><br>    Plaintiff,<br><br>v.<br><br>MATEVOUSIAN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00265-DAD-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S FURTHER OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AS MOOT<br><br>(ECF No. 9) |

Plaintiff William Mercer ("Plaintiff") is a federal prisoner proceeding *pro se* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

On June 7, 2018, the Court issued findings and recommendations regarding dismissal of this action, without prejudice, for failure to prosecute this action due to Plaintiff's failure to submit a completed application to proceed *in forma pauperis* or to respond to the Court's orders. (ECF No. 5.) Plaintiff filed objections on June 25, 2018, outlining his attempts to communicate with the Court regarding his transfer to a new institution. (ECF No. 6.)

On June 28, 2018, in light of Plaintiff's objections, the Court issued an order vacating the findings and recommendations and directing Plaintiff to submit, within thirty (30) days, his consent or declination of Magistrate Judge jurisdiction and a completed and signed application to proceed *in forma pauperis*. (ECF No. 8.)

1 | Currently before the Court are Plaintiff's further objections to the Court's findings and recommendations, filed June 28, 2018. (ECF No. 9.) Plaintiff provided further information regarding his attempts to communicate his change of address to the Court. (Id.)

It appears that Plaintiff's further objections crossed in the mail with the Court's order vacating the findings and recommendations regarding dismissal of this action. Accordingly, the Court HEREBY DISREGARDS Plaintiff's further objections, (ECF No. 9), as moot. Plaintiff's response to the Court's order re: consent or request for reassignment, and completed application to proceed *in forma pauperis*, remain due on or before July 31, 2018.

IT IS SO ORDERED.

Dated:   **July 9, 2018**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE