# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MERCER,<br><br>    Plaintiff,<br><br>v.<br><br>MATEVOUSIAN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00265-DAD-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 12)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY USP VICTORVILLE |

Plaintiff William Mercer ("Plaintiff") is appearing *pro se* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

On February 23, 2018, Plaintiff filed a complaint, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) The motion was denied, without prejudice, because there was no certified copy of Plaintiff's trust account statement attached to Plaintiff's application. (ECF No. 4.) Following the return of the Court's order as undeliverable, and Plaintiff's failure to update his mailing address, the Court issued findings and recommendations regarding dismissal of this action for failure to prosecute. (ECF No. 5.) Plaintiff timely filed objections stating that he was transferred to USP Victorville shortly after filing his complaint, and recounting his attempts to contact the Court thereafter. (ECF No. 6.) The Court vacated the findings and recommendations and provided Plaintiff an opportunity to re-

1

file a completed application to proceed *in forma pauperis*. (ECF No. 8.)

Currently before the Court is Plaintiff's renewed motion to proceed *in forma pauperis*. (ECF No. 12.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. The Court notes that although Plaintiff is subject to 28 U.S.C. § 1915(g), his allegations appear to satisfy the imminent danger exception to section 1915(g).[1]

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Warden of USP Victorville is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 12) is GRANTED;

**2. The Warden of USP Victorville or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Warden of USP Victorville, U.S. Penitentiary, P.O. Box 5400, Adelanto, CA 92301; and

---

[1] Plaintiff filed the complaint while housed at USP Atwater, where the allegations in the complaint occurred. Plaintiff alleges that he is an amputee, and was forced to shower while standing on one leg, without anything to hold or sit on. This caused Plaintiff to fall repeatedly and injure himself, and continued even after he notified prison staff of the issue. (ECF No. 1.) At this time, the Court expresses no opinion on the merits of Plaintiff's claims.

2

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **July 17, 2018**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE