# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MERCER,<br><br>        Plaintiff,<br><br>    v.<br><br>MATEVOUSIAN, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00265-DAD-BAM (PC)<br><br>ORDER STRIKING UNSIGNED FILING (ECF No. 17)<br><br>ORDER DIRECTING PLAINTIFF TO RE-SUBMIT OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff William Mercer ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

On October 5, 2018, the Court issued findings and recommendations that this action be dismissed based on Plaintiff's failure to state a cognizable Bivens claim upon which relief can be granted. (ECF No. 16.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 5–6.) On October 17, 2018, Plaintiff filed objections to the pending findings and recommendations. (ECF No. 17.)

The Court notes that the objections are a single page in length, and it appears there may be one or more pages missing. In addition, there is no signature on the filing. Unsigned filings cannot be considered by the Court, and therefore Plaintiff's filing will be stricken. Fed. R. Civ. P.

1

11(a); Local Rule 131.  However, in light of Plaintiff's *pro se* status, the Court will allow Plaintiff an extension of time to resubmit his objections with the appropriate signature.

Accordingly, within **fourteen (14) days** from the date of service of this order, Plaintiff is HEREBY ORDERED to resubmit his objections to the Court's findings and recommendations, **with the appropriate signature**.  <u>Plaintiff's failure to comply with this order will result in the submission of the Court's pending findings and recommendations recommending dismissal of this action to the assigned District Judge, without Plaintiff's objections</u>.

IT IS SO ORDERED.

Dated: **October 24, 2018**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE